# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-five.

Radar Online LLC, James Robertson,

    Plaintiff - Appellants,

  v.

Federal Bureau of Investigation,

    Defendant - Appellee.

**ORDER**

Docket No. 24-1964

    The parties wish to reactivate this appeal and jointly propose the following briefing schedule: Appellants' opening brief to be due June 25, 2025; Appellee's response brief to be due September 24, 2025; and Appellants' reply brief to be due October 15, 2025.

    IT IS HEREBY ORDERED that the joint motion is GRANTED. No further extensions will be granted absent extraordinary circumstances.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

